IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TIMOTHY L. NICHOLS, #858242,
    Petitioner,

vs.                                        Case No.:  5:07cv47/MCR/EMT

JAMES R. McDONOUGH,
    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 17, 2007. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (Doc. 17) is **GRANTED**.

3. Petitioner's amended habeas petition (Doc. 5) is **DISMISSED** for lack of jurisdiction.

**DONE AND ORDERED** this 25th day of October, 2007.

                                          s/ *M. Casey Rodgers*
                                          **M. CASEY RODGERS**
                                          **UNITED STATES DISTRICT JUDGE**